(January 11, 1894.)

## STATE v. STEPTOE.

### [35 Pac. 690.]

PRACTICE—REQUISITES IN TAKING APPEAL.—Where the record shows
that neither the law nor rules of court have been complied with
in any particular the appeal will be dismissed.

APPEAL from District Court, Bingham County.

No appearance was made by appellant.

The attorney general filed no brief for the state. The appeal
was dismissed.

HUSTON, C. J.—This is an appeal from an order of the
district court of Bingham county dismissing an appeal to said
court from the police magistrate's court for the city of Pocatello
in said county. The defendant was convicted of vagrancy in
the police court of the city of Pocatello. An attempt was made
to take an appeal, but it seems from the record none of the
requisites of the statute necessary to the taking of an appeal
were complied with. No appearance in this court is made
by or on behalf of appellant. The appeal is dismissed.

Morgan and Sullivan, JJ., concur.